**Fill in this information to identify the case:**

Debtor name **Secure Transit, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF INDIANA

Case number (if known) **19-06289-JJG-7**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................ $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.......................................................... $ 17,232.84

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................ $ 17,232.84

| Part 2: | Summary of Liabilities |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................... $ 14,034,724.96

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $ 17,816.14

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................ +$ 464,096.34

4. **Total liabilities** ......................................................................
   Lines 2 + 3a + 3b

   $ 14,516,637.44

| Fill in this information to identify the case: |
|---|
| Debtor name   **Secure Transit, LLC** |
| United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF INDIANA |
| Case number (if known)   **19-06289-JJG-7** |

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3.    Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Volume Submitter Profit Sharing Plan** | 401(k) - Profit Sharing Account | | **$17,232.84** |
| 3.2. | **Fifth Third Bank** | Checking Account | 4611 | $0.00 |
| 3.3. | **First Financial Bank** | Checking Account | 1235 | $0.00 |
| 3.4. | JPMorgan Chase Bank | Checking Account | 0956 | $0.00 |

4.    Other cash equivalents *(Identify all)*

5.    Total of Part 1.
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$17,232.84

## Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

Debtor   **Secure Transit, LLC**
_____   Case number *(if known)*  **19-06289-JJG-7**
Name

| **Part 3:** | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| **Part 4:** | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

|  |  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | Mutual funds or publicly traded stocks not included in Part 1<br>Name of fund or stock: | | |
| 15. | Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture<br>Name of entity:     % of ownership | | |

| 15.1. | A & B Fleet Service L.L.C. | 100 | % | Liquidation | $0.00 |
|---|---|---|---|---|---|
| 15.2. | Secure Trucks Sales, LLC | 100 | % | Liquidation | $0.00 |

| 16. | Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1<br>Describe: | | |
|---|---|---|---|
| 17. | Total of Part 4.<br>Add lines 14 through 16.  Copy the total to line 83. | | $0.00 |

| **Part 5:** | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| **Part 6:** | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| **Part 7:** | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| **Part 8:** | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Secure Transit, LLC**
_____    Case number *(if known)*  19-06289-JJG-7
          Name

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  6 semi tractors | $0.00 | | $0.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.    **Total of Part 8.**

| | |
|---|---|
| Add lines 47 through 50.  Copy the total to line 87. | $0.00 |

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |
|---|---|

54. Does the debtor own or lease any real property?

■ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. Does the debtor have any interests in intangibles or intellectual property?

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites**<br>www.securetransitllc.com | $0.00 | | Unknown |
| abfleetservice.com | Unknown | | $0.00 |

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

Debtor    **Secure Transit, LLC**
Name

Case number *(if known)*  **19-06289-JJG-7**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

67.    **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?**
■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Secure Transit, LLC**                    Case number *(if known)*  **19-06289-JJG-7**
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $17,232.84 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total. Add lines 80 through 90 for each column** | $17,232.84 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B. Add lines 91a+91b=92** | | $17,232.84 |

**Fill in this information to identify the case:**

Debtor name __**Secure Transit, LLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF INDIANA__

Case number (if known) __19-06289-JJG-7__

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | **Column A**<br>Amount of claim<br><br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1   Adam Phillip Bright**<br>Creditor's Name<br><br>**5605 Mendenhall Road**<br>**Indianapolis, IN 46241**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Blanket Security Agreement over all assets** | $375,000.00 | $0.00 |
| | Describe the lien<br>**Security Agreement**<br>Is the creditor an insider or related party? | | |
| Creditor's email address, if known | ☑ No<br>☐ Yes<br>Is anyone else liable on this claim? | | |
| Date debt was incurred<br>**2017**<br>Last 4 digits of account number | ☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| Do multiple creditors have an interest in the same property?<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2   Ally Bank**<br>Creditor's Name<br>**Attn: Highest Ranking Officer**<br>**200 West Civic Centre Drive**<br>**Sandy, UT 84070**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien | $30,500.20 | $0.00 |
| | Describe the lien<br>**Security Agreement**<br>Is the creditor an insider or related party? | | |
| Creditor's email address, if known | ☑ No<br>☐ Yes<br>Is anyone else liable on this claim? | | |
| Date debt was incurred<br><br>Last 4 digits of account number | ☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply | | |

Official Form 206D                    Schedule D: Creditors Who Have Claims Secured by Property                    page 1 of 4

Debtor  **Secure Transit, LLC**
_____  Case number (if known)  **19-06289-JJG-7**
Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Ally Bank** | Describe debtor's property that is subject to a lien | $39,004.21 | $0.00 |

Creditor's Name

**PO Box 130424
Saint Paul, MN 55113**
Creditor's mailing address

Describe the lien
**Security Agreement**
Is the creditor an insider or related party?

■ No
☐ Yes
Creditor's email address, if known

Is anyone else liable on this claim?

Date debt was incurred

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Ally Bank** | Describe debtor's property that is subject to a lien | $68,730.54 | $0.00 |

Creditor's Name

**PO Box 130424
Saint Paul, MN 55113**
Creditor's mailing address

Describe the lien
**Security Agreement**
Is the creditor an insider or related party?

■ No
☐ Yes
Creditor's email address, if known

Is anyone else liable on this claim?

Date debt was incurred

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Automotive Finance Corporation** | Describe debtor's property that is subject to a lien
**All personal property and assets** | $86,490.01 | $0.00 |

Creditor's Name

**c/o Rubin & Levin, PC
135 N. Pennsylvania St,,
Ste 1400
Indianapolis, IN 46204**
Creditor's mailing address

Describe the lien
**UCC**

---

Debtor  **Secure Transit, LLC**
_____
Name

Case number (if known)  **19-06289-JJG-7**
_____

**bankruptcy@autofinance.c om**

Creditor's email address, if known

**Date debt was incurred**
**2019**
**Last 4 digits of account number**
**4633**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Kloiber Holdings, LLC** | | |
|---|---|---|---|

Creditor's Name

**2711 Centerville Road**
**Suite 400**
**Wilmington, DE 19808**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**April 1, 2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All personal property and assets**

**Describe the lien**
**Security Agreement**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$13,060,000.00    $0.00

---

| 2.7 | **Robert G. Wilkinson, III** | | |
|---|---|---|---|

Creditor's Name

**943 S. Mineral Springs Road**
**Centerville, IN 47330**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Blanket Security Agreement over all assets**

**Describe the lien**
**Security Agreement**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$375,000.00    $0.00

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **Secure Transit, LLC**
_____
Name

Case number (if know)    **19-06289-JJG-7**

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$14,034,724.96**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Ally Bank**<br>PO Box 130424<br>Saint Paul, MN 55113 | Line _2.2_ | |
| **Automotive Finance Corporation**<br>Attn: Highest Ranking Officer<br>11299 N. Illinois Street<br>Carmel, IN 46032 | Line _2.5_ | |
| **Kloiber Holdings, LLC**<br>c/o Dean Dorton Allen Ford<br>106 west Vine Street, Suite 600<br>Lexington, KY 40507 | Line _2.6_ | |

Official Form 206D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 4 of 4

**Fill in this information to identify the case:**

Debtor name **Secure Transit, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number (if known)    **19-06289-JJG-7**

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Frank Goss**<br>**5625 Dollar Hide North Drive**<br>**Indianapolis, IN 46221** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,000.00 | $1,000.00 |
| Date or dates debt was incurred<br>**2019** | Basis for the claim:<br>**401(k) claim - was employee of A&B Fleet Service** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Indiana Department of Revenue**<br>**100 N. Senate Ave., Room N203**<br>**Indianapolis, IN 46204** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,000.00 | $2,000.00 |
| Date or dates debt was incurred<br>**2018 - 2019** | Basis for the claim:<br>**WTH - debt from A&B Fleet Service** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Secure Transit, LLC** | Case number *(if known)* | **19-06289-JJG-7** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,000.00 | $5,000.00 |
|---|---|---|---|---|
| | **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018 and 2019** | Basis for the claim:<br>**RST & WTH - debt from A&B Fleet Service** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $665.00 | $665.00 |
|---|---|---|---|---|
| | **John William Boyce**<br>**455 Hall Drive**<br>**Greenwood, IN 46142** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2019** | Basis for the claim:<br>**Wages - paid expenses - was employee of A&B Fleet Service** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,000.00 | $3,000.00 |
|---|---|---|---|---|
| | **John William Boyce**<br>**455 Hall Drive**<br>**Greenwood, IN 46142** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2019** | Basis for the claim:<br>**401(k) - was employee of A&B Fleet Service** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,500.00 | $1,500.00 |
|---|---|---|---|---|
| | **Larry Disher**<br>**3225 W. 75th Street**<br>**Indianapolis, IN 46268** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2019** | Basis for the claim:<br>**401(k) - was employee of A&B Fleet Service** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Secure Transit, LLC** | Case number (if known) | **19-06289-JJG-7** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,651.14 | $4,651.14 |
|---|---|---|---|---|

**2.7** Priority creditor's name and mailing address
**Marion County Treasurer - BK**
**200 E Washington Street**
**Suite 1041**
**Indianapolis, IN 46204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

As of the petition filing date, the claim is: **$4,651.14**    **$4,651.14**

Date or dates debt was incurred
**2018 - 2019**

Basis for the claim:
**Business Personal Property Taxes - debt from A&B Fleet Service**

Last 4 digits of account number ___
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
**Accident Fund Insurance Company**
**PO Box 40790**
**Lansing, MI 48901**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**
Last 4 digits of account number **1563**

Basis for the claim: **Possible insurance premiums**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
**ADP Indianapolis**
**3665 Priority Way South Drive**
**Indianapolis, IN 46240**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**
Last 4 digits of account number ___

Basis for the claim: **Payroll services**

Is the claim subject to offset? ■ No ☐ Yes

**$8,000.00**

---

**3.3** Nonpriority creditor's name and mailing address
**Airgas USA, LLC**
**110 West 7th Street**
**Suite 1400**
**Tulsa, OK 74119**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**
Last 4 digits of account number ___

Basis for the claim: **Service provider**

Is the claim subject to offset? ■ No ☐ Yes

**$3,950.08**

---

**3.4** Nonpriority creditor's name and mailing address
**Airgas USA, LLC**
**6055 Rockside Woods Blvd**
**Independence, OH 44131**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017**
Last 4 digits of account number ___

Basis for the claim: **Service provider**

Is the claim subject to offset? ■ No ☐ Yes

**$2,516.20**

---

**3.5** Nonpriority creditor's name and mailing address
**Amston Supply, Inc.**
**c/o Matthew Mark Adolay**
**One Indiana Square, Suite 1800**
**Indianapolis, IN 46204**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/4/2019**
Last 4 digits of account number **0220**

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Secure Transit, LLC** | Case number (if known) | **19-06289-JJG-7** |
|---|---|---|---|
| | Name | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,139.45 |
|---|---|---|---|

**Battery Systems, Inc.**
12322 Monarch Street
Garden Grove, CA 92841

Date(s) debt was incurred __2019__
Last 4 digits of account number __5714__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Parts provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,100.74 |
|---|---|---|---|

**Cintas Corporation**
6707 W. Sam Houston Pkwy N
Houston, TX 77041

Date(s) debt was incurred __2017__
Last 4 digits of account number __6724__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business service provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49,027.50 |
|---|---|---|---|

**Cogent Analytics, LLC**
Attn: Highest Ranking Officer
7031 Albert Pick Road, Suite 100
Greensboro, NC 27409-9522

Date(s) debt was incurred __3/2019__
Last 4 digits of account number __5032__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __breach of contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Comcast**
Attn: Highest Ranking Officer
1701 JFK Blvd.
Philadelphia, PA 19103

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Fifth Third Bank**
Attn: Highest Ranking Officer
38 Fountain Square Plaza
Cincinnati, OH 45263

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**First Financial Bank, NA**
Attn: Highest Ranking Officer
One First Financial Plaza
Terre Haute, IN 47807

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,513.45 |
|---|---|---|---|

**FleetPride**
1140 South West Street
Indianapolis, IN 46225

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Parts provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Secure Transit, LLC | Case number (if known) | 19-06289-JJG-7 |
|---|---|---|---|
| | Name | | |

**3.13**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,441.96 |
|---|---|---|
| **Ford Motor Credit Company, LLC**<br>Dept. 55953<br>PO Box 5500<br>Detroit, MI 48255-0953 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __8/19/2016__ | Basis for the claim: __debt from A&B Fleet Service__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.14**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48,045.24 |
|---|---|---|
| **Ford Motor Credit Company, LLC**<br>Dept. 55953<br>PO Box 5500<br>Detroit, MI 48255-0953 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __12/15/2017__ | Basis for the claim: __debt from A&B Fleet Service__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.15**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Heartland Payroll Solutions**<br>2001 Aerospace Parkway<br>Brookpark, OH 44142 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2019__ | Basis for the claim: __Payroll service provider__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.16**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38,000.00 |
|---|---|---|
| **Home Bank SB**<br>Attn: Highest Ranking Officer<br>59 West Washington Street<br>Martinsville, IN 46151 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.17**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $54,293.48 |
|---|---|---|
| **Horizon Bank**<br>Attn: Highest Ranking Officer<br>515 Franklin Street<br>Michigan City, IN 46360 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __12/5/2016__ | Basis for the claim: __debt from A&B Fleet Service__ | |
| Last 4 digits of account number __6726__ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.18**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,093.02 |
|---|---|---|
| **HYG Financial Services, Inc.**<br>5000 Riverside Drive<br>Suite 300 East<br>Irving, TX 75039 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2/2/18__ | Basis for the claim: __debt from A&B Fleet Service__ | |
| Last 4 digits of account number __4556__ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.19**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **J&E Tire Center, Inc.**<br>4835 S. Harding Street<br>Indianapolis, IN 46217 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2016__ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Secure Transit, LLC** | | Case number (if known) | **19-06289-JJG-7** |
|---|---|---|---|---|
| | Name | | | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JPMorgan Chase Bank, NA**
**Attn: Highest Ranking Officer**
**1111 Polaris Parkway**
**Columbus, OH 43240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: _

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $961.17 |
|---|---|---|---|

**Kimball Midwest**
**4800 Roberts Road**
**Columbus, OH 43228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Parts provider**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lake City Bank**
**Attn: Highest Ranking Officer**
**202 East Center Street**
**Warsaw, IN 46580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: _

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,792.70 |
|---|---|---|---|

**Lawson Products, Inc.**
**902 S. Willow Street**
**Flora, IN 46929**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Parts provider**

Last 4 digits of account number  **0315**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $681.30 |
|---|---|---|---|

**M&K Truck Centers, Indy South**
**1401 Harding Court**
**Indianapolis, IN 46217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Parts provider**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mobil Serv Lubricant Analysis**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: _

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Outburst Web, LLC**
**333 N. Alabama Street, Ste 350**
**PMB #3392**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Website design**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Secure Transit, LLC | Case number (if known) | 19-06289-JJG-7 |
|---|---|---|---|
| | Name | | |

---

**3.27**

Nonpriority creditor's name and mailing address
**Paradigm Equipment Finance, Inc.**
**Attn: Highest Ranking Officer**
**124 S. Fairfield Lane, Suite A**
**Layton, UT 84041**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.28**

Nonpriority creditor's name and mailing address
**Quill**
**7 Techology Circle**
**Columbia, SC 29203**

Date(s) debt was incurred _2019_
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Service provider_

Is the claim subject to offset? ■ No ☐ Yes

**$336.90**

---

**3.29**

Nonpriority creditor's name and mailing address
**ReadyRefresh by Nestle**
**6661 Dixie Hwy, Suite 4**
**Louisville, KY 40258**

Date(s) debt was incurred _2019_
Last 4 digits of account number _7860_

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Service provider_

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.30**

Nonpriority creditor's name and mailing address
**S & S Cab Holding Co., Inc.**
**3801 W. Morris Street**
**Indianapolis, IN 46241**

Date(s) debt was incurred _6/1/2018_
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Industrial Lease Agreement_

Is the claim subject to offset? ■ No ☐ Yes

**$100,000.00**

---

**3.31**

Nonpriority creditor's name and mailing address
**Selective: First Insurance Group**
**1405 N. College Ave.**
**Bloomington, IN 47404**

Date(s) debt was incurred _2019_
Last 4 digits of account number _5372_

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Possible insurance premiums_

Is the claim subject to offset? ■ No ☐ Yes

**$3,612.00**

---

**3.32**

Nonpriority creditor's name and mailing address
**Speedway Business Fleet**
**PO Box 639**
**Portland, ME 04104**

Date(s) debt was incurred _2019_
Last 4 digits of account number _3884_

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Service provider_

Is the claim subject to offset? ■ No ☐ Yes

**$1,354.22**

---

**3.33**

Nonpriority creditor's name and mailing address
**Stay Dry Roofing, LLC d/b/a**
**Sky Tech Roofing c/o Mercer Belang**
**1 Indiana Square, Suite 1500**
**Indianapolis, IN 46204**

Date(s) debt was incurred _2019_
Last 4 digits of account number _0090_

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Secure Transit, LLC** | Case number (if known) | **19-06289-JJG-7** |
|---|---|---|---|
| | Name | | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89,083.00 |
|---|---|---|---|

**Travelers Property Casualty Co.**
PO Box 3556
Orlando, FL 32802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

Basis for the claim: _

Last 4 digits of account number __1415__

Is the claim subject to offset? ■ No ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,153.93 |
|---|---|---|---|

**Utility Trailer Sales SE Texas Inc**
c/o Glassman Law Firm, PLLC
1415 S Voss Suite 110-145
Houston, TX 77057

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

Basis for the claim: __Service provider__

Last 4 digits of account number __2206__

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Attorney Rebecca Fischer<br>Laderer & Fischer, PC<br>525 E. Colfax, Unit #101<br>South Bend, IN 46617 | Line __3.17__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | Ford Motor Credit Company, LLC<br>PO Box 62180<br>Colorado Springs, CO 80962-2180 | Line __3.13__<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | Ford Motor Credit Company, LLC<br>PO Box 62180<br>Colorado Springs, CO 80962-2180 | Line __3.14__<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | HYG Financial Services, Inc.<br>PO Box 14545<br>Des Moines, IA 50306 | Line __3.18__<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | Jon Fitzgerald Haggerty<br>3045 S. Meridian Street<br>Indianapolis, IN 46217 | Line __3.19__<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | Kopka Pinkus Dolin, PC<br>9801 Connecticut Drive<br>Crown Point, IN 46307 | Line __3.8__<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | Kroger Gardis & Regas, LLP<br>111 Monument Circle<br>Suite 900<br>Indianapolis, IN 46204-5125 | Line __3.13__<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | Kroger Gardis & Regas, LLP<br>111 Monument Circle<br>Suite 900<br>Indianapolis, IN 46204-5125 | Line __3.14__<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | Secure Transit, LLC | Case number (if known) | 19-06289-JJG-7 |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.9** Lawson Products, Inc.<br>PO Box 809401<br>Chicago, IL 60680-9401 | Line **3.23**<br><br>☐ Not listed. Explain ____ | __ |
| **4.10** Robert Braiman<br>6018 Beckenham Way<br>Oak Ridge, NC 27310 | Line **3.8**<br><br>☐ Not listed. Explain ____ | __ |
| **4.11** Tuggle Duggins, P.A.<br>100 N. Greene Street<br>Suite 600<br>Greensboro, NC 27401 | Line **3.8**<br><br>☐ Not listed. Explain ____ | __ |
| **4.12** Wells Fargo Vendor Financial Serv.<br>1010 Thomas Edison Blvd. SW<br>Cedar Rapids, IA 52404 | Line **3.18**<br><br>☐ Not listed. Explain ____ | __ |
| **4.13** Weltman Weinberg & Reis Co LPA<br>525 Vine Street<br>Suite 800<br>Cincinnati, OH 45202 | Line **3.34**<br><br>☐ Not listed. Explain ____ | __ |
| **4.14** WEX Bank<br>PO Box 6293<br>Carol Stream, IL 60197 | Line **3.32**<br><br>☐ Not listed. Explain ____ | __ |
| **4.15** WEX Bank<br>Attn: Highest Ranking Officer<br>7090 S Union Park Ave Suite 350<br>Midvale, UT 84047 | Line **3.32**<br><br>☐ Not listed. Explain ____ | __ |

---

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 17,816.14 |
| 5b. Total claims from Part 2 | 5b. + $ | 464,096.34 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 481,912.48 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **Secure Transit, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number (if known)    **19-06289-JJG-7**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
(Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.1    State what the contract or
lease is for and the nature
of the debtor's interest

    State the term remaining

    List the contract number of
    any government contract                   _____    _____

2.2    State what the contract or
lease is for and the nature
of the debtor's interest

    State the term remaining

    List the contract number of
    any government contract                   _____    _____

2.3    State what the contract or
lease is for and the nature
of the debtor's interest

    State the term remaining

    List the contract number of
    any government contract                   _____    _____

2.4    State what the contract or
lease is for and the nature
of the debtor's interest

    State the term remaining

    List the contract number of
    any government contract                   _____    _____

**Fill in this information to identify the case:**

Debtor name  **Secure Transit, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF INDIANA

Case number (if known)  **19-06289-JJG-7**

☐ Check if this is an
amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.
 Column 1: Codebtor                                                   Column 2: Creditor

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Adam Phillip Bright | 5605 Mendenhall Road Indianapolis, IN 46241 | Horizon Bank | ☐ D ____ <br> ■ E/F __3.17__ <br> ☐ G ____ |
| 2.2 | Robert G. Wilkinson, III | 943 S. Mineral Springs Road Centerville, IN 47330 | Horizon Bank | ☐ D ____ <br> ■ E/F __3.17__ <br> ☐ G ____ |
| 2.3 | Secure Truck Sales, LLC | c/o Attorney Thomas Szczygielski 149 N Limestone Lexington, KY 40507 | Automotive Finance Corporation | ■ D __2.5__ <br> ☐ E/F ____ <br> ☐ G ____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Secure Transit, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF INDIANA</td></tr>
<tr><td>Case number (if known)</td><td><strong>19-06289-JJG-7</strong></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING — Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    _12 - 12 - 2019_    x _____

Signature of individual signing on behalf of debtor

**David Kloiber**
Printed name

**Manager**
Position or relationship to debtor

Official Form 202                Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name    **Secure Transit, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number (if known)    **19-06289-JJG-7**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ■ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Debtor    **Secure Transit, LLC** _____    Case number *(if known)*   **19-06289-JJG-7**

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3:    Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4:    Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

### Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **Secure Transit, LLC**                                      Case number *(if known)*  **19-06289-JJG-7**

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold,

Debtor    **Secure Transit, LLC**                                    Case number *(if known)*  **19-06289-JJG-7**

moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

Debtor    Secure Transit, LLC _____    Case number (if known)  19-06289-JJG-7 _____

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | Dates business existed |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | | Date of service From-To |
|---|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

Name and address

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■  No
☐  Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Debtor    **Secure Transit, LLC**                                    Case number *(if known)*  **19-06289-JJG-7**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

**Name of the parent corporation**                                    **Employer Identification number of the parent corporation**

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

**Name of the pension fund**                                    **Employer Identification number of the parent corporation**

Debtor   **Secure Transit, LLC**                                          Case number *(if known)*  **19-06289-JJG-7**

---

**Part 14:   Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    12-12-2019

_____          **David Kloiber**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes