INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No.: | 19-06289 | Trustee Name: | Gregory K. Silver |
|---|---|---|---|
| Case Name: | SECURE TRANSIT, LLC | Date Filed (f) or Converted (c): | 08/23/2019 (f) |
| For the Period Ending: | 09/30/2022 | §341(a) Meeting Date: | 09/25/2019 |
| | | Claims Bar Date: | 05/19/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1   Volume Submitter Profit Sharing Plan | $17,232.84 | $0.00 | OA | $0.00 | FA |
| 2   Fifth Third Bank checking xxxx4611 | $0.00 | $2,000.00 | | $0.00 | FA |
| 3   First Financial Bank Checking xxxx1235 | $410.85 | $410.85 | | $410.85 | FA |
| 4   JPMorgan chase Checking xxxx0956 | $0.00 | $2,000.00 | | $0.00 | FA |
| 5   A&B Fleet Services | $0.00 | $2,000.00 | | $0.00 | FA |
| 6   Secure Transit Sales LLC | $0.00 | $2,000.00 | | $0.00 | FA |
| 7   8 semi tractors | $0.00 | $2,000.00 | | $0.00 | FA |
| 8   Internet domain: www.securetransitllc.com | $0.00 | $2,000.00 | | $0.00 | FA |
| 9   Internet domain: abfleetservice.com | $0.00 | $2,000.00 | | $0.00 | FA |
| 10   Cash from overbid of 2012 Peterbilt 389 truck (u) | Unknown | $16,587.20 | | $16,587.20 | FA |
| 11   2013 Kenworth T660 truck (u) | Unknown | $5,000.00 | | $0.00 | FA |
| 12   13+ Kenworth trucks-trailers (u) | Unknown | $10,000.00 | | $0.00 | FA |
| 13   Preferences (u) | Unknown | $50,000.00 | | $41,086.84 | FA |
| 14   Fraudulent transfers (u) | Unknown | $300,000.00 | | $0.00 | FA |
| 15   2016 Peterbilt located in Lake City, FL (u) | Unknown | $5,000.00 | | $0.00 | FA |
| 16   2018 GMC Canyon (u) | Unknown | $0.00 | OA | $0.00 | FA |
| 17   2018 GMC Sierra  Vin xxx9975 (u) | Unknown | $0.00 | OA | $0.00 | FA |
| 18   2018 GMC Sierra   Vin xxx0460 (u) | Unknown | $0.00 | OA | $0.00 | FA |
| 19   2018 Terrain truck   Vin xxx6311 (u) | Unknown | $0.00 | OA | $0.00 | FA |
| 20   2018 GMC truck  Vin xxx0605 (u) | Unknown | $0.00 | OA | $0.00 | FA |
| 21   2018 GMC truck  Vin xxx6162 (u) | Unknown | $0.00 | OA | $0.00 | FA |
| 22   2014 Kenworth Construction T680  Vin xxx051 (u) | $9,557.16 | $9,557.16 | OA | $9,557.16 | FA |
| 23   2014 Kenworth Construction T680  Vin xxx705 (u) | $9,557.14 | $9,557.14 | OA | $9,557.14 | FA |
| 24   2005 Reitmouer Maxmiser   Vin xxx163 (u) | $9,557.14 | $9,557.14 | OA | $9,557.14 | FA |
| 25   2007 Reitmouer TL  Vin xxx247 (u) | $9,557.14 | $9,557.14 | OA | $9,557.14 | FA |
| 26   2009 Reitmouer  Vin xxx255 (u) | $9,557.14 | $9,557.14 | OA | $9,557.14 | FA |
| 27   2009 Reitmouer  Vin xxx283 (u) | $9,557.14 | $9,557.14 | OA | $9,557.14 | FA |
| 28   2009 Reitmouer  Vin xxx284 (u) | $9,557.14 | $9,557.14 | OA | $9,557.14 | FA |

TOTALS (Excluding unknown value)                                                                                                                                 Gross Value of Remaining Asset

|  | $84,543.69 | $467,898.05 | | $124,984.89 | $0.00 |

| Case No.: | 19-06289 | | | Trustee Name: | Gregory K. Silver |
| Case Name: | SECURE TRANSIT, LLC | | | Date Filed (f) or Converted (c): | 08/23/2019 (f) |
| For the Period Ending: | 09/30/2022 | | | §341(a) Meeting Date: | 09/25/2019 |
| | | | | Claims Bar Date: | 05/19/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

| | |
|---|---|
| 09/30/2022 | preparing TFR |
| 09/30/2021 | Awaiting adversary case and then admin costs |
| 11/21/2020 | Collect preferences/fraudulent transfers-investigate other assets on Form 1 |
| 09/30/2020 | collecting preferences and selling trucks |
| 03/31/2020 | Collection of AR, selling property if located |
| 02/18/2020 | Collect possible preferences, fraudulent transfers, checking accounts, various businesses, internet domains, cash overbid, various trucks, semi tractors and trailers |

**Initial Projected Date Of Final Report (TFR):** 03/31/2021      **Current Projected Date Of Final Report (TFR):** 10/31/2022      /s/ GREGORY K. SILVER

GREGORY K. SILVER

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

| | | |
|---|---|---|
| **Case No.** 19-06289 | **Trustee Name:** | Gregory K. Silver |
| **Case Name:** SECURE TRANSIT, LLC | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** **-***1212 | **Checking Acct #:** | ******8901 |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** | DDA |
| **For Period Beginning:** 10/01/2021 | **Blanket bond (per case limit):** | $48,364,291.00 |
| **For Period Ending:** 09/30/2022 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/17/2022 | | Veritex Community Bank | Transfer Funds | 9999-000 | $122,405.73 | | $122,405.73 |
| 04/29/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $197.52 | $122,208.21 |
| 05/06/2022 | 5001 | ATW Trucking | Return of portion of purchase price per 5/5/2022 Court order (Doc 136) | 3992-000 | | $9,557.14 | $112,651.07 |
| 05/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $190.84 | $112,460.23 |
| 06/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $182.58 | $112,277.65 |
| 07/29/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $181.18 | $112,096.47 |
| 08/09/2022 | 5002 | Hester Baker Krebs LLC | Per 8.1.2022 Court order (Doc 145) | * | | $37,801.13 | $74,295.34 |
| | | | ($36,664.50) | 3210-000 | | | $74,295.34 |
| | | | ($1,136.63) | 3220-000 | | | $74,295.34 |
| 08/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $149.40 | $74,145.94 |
| 09/02/2022 | 5003 | Svetlana Fridman | Per 9.1.2022 Court order (Doc 148) | 3410-000 | | $995.00 | $73,150.94 |
| 09/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $122.47 | $73,028.47 |

**SUBTOTALS** $122,405.73 $49,377.26

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

| | |  | |
|---|---|---|---|
| Case No. | 19-06289 | Trustee Name: | Gregory K. Silver |
| Case Name: | SECURE TRANSIT, LLC | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***1212 | Checking Acct #: | ******8901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 10/01/2021 | Blanket bond (per case limit): | $48,364,291.00 |
| For Period Ending: | 09/30/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $122,405.73 | $49,377.26 | $73,028.47 |
| | | | **Less: Bank transfers/CDs** | | $122,405.73 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $49,377.26 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $49,377.26 | |

| For the period of 10/01/2021 to 09/30/2022 | | For the entire history of the account between 03/17/2022 to 9/30/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $122,405.73 | Total Internal/Transfer Receipts: | $122,405.73 |
| | | | |
| Total Compensable Disbursements: | $49,377.26 | Total Compensable Disbursements: | $49,377.26 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $49,377.26 | Total Comp/Non Comp Disbursements: | $49,377.26 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3

| Case No. | 19-06289 | | Trustee Name: | Gregory K. Silver |
|---|---|---|---|---|
| Case Name: | SECURE TRANSIT, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***1212 | | Checking Acct #: | ******6289 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 10/01/2021 | | Blanket bond (per case limit): | $48,364,291.00 |
| For Period Ending: | 09/30/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/22/2020 | (10) | Dakota Financial, LLC | Funds from overbid 2012 Peterbilt 389 Truck | 1210-000 | $16,587.20 | | $16,587.20 |
| 08/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $24.18 | $16,563.02 |
| 09/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $24.15 | $16,538.87 |
| 10/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $24.11 | $16,514.76 |
| 11/20/2020 | | Crossroads Express Transportation, LLC | Sale of assets 22-28 | * | $66,900.00 | | $83,414.76 |
| | {22} | | 22 - 2014 Kenworth Construction T680 Vin xxx051    $9,557.16 | 1210-000 | | | $83,414.76 |
| | {23} | | 23 - 2014 Kenworth Construction T680 Vin xxx705    $9,557.14 | 1210-000 | | | $83,414.76 |
| | {24} | | 24 - 2005 Reitmouer Maxmiser  Vin xxx163    $9,557.14 | 1210-000 | | | $83,414.76 |
| | {25} | | 25 - 2007 Reitmouer TL   Vin xxx247    $9,557.14 | 1210-000 | | | $83,414.76 |
| | {26} | | 26 - 2009 Reitmouer  Vin xxx255    $9,557.14 | 1210-000 | | | $83,414.76 |
| | {27} | | 27 - 2009 Reitmouer  Vin xxx283    $9,557.14 | 1210-000 | | | $83,414.76 |
| | {28} | | 28 - 2009 Reitmouer  Vin xxx284    $9,557.14 | 1210-000 | | | $83,414.76 |
| 11/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $48.47 | $83,366.29 |
| 12/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $121.57 | $83,244.72 |
| 01/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $121.39 | $83,123.33 |
| 02/26/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $121.21 | $83,002.12 |
| 03/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $121.04 | $82,881.08 |
| 04/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $120.86 | $82,760.22 |
| 05/28/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $120.68 | $82,639.54 |
| 06/20/2021 | (3) | First Financial Bank | Remainder of bank account | 1129-000 | $410.85 | | $83,050.39 |
| 06/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $120.55 | $82,929.84 |
| 07/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $120.93 | $82,808.91 |
| 08/02/2021 | (13) | Discover Financial Services | Preference | 1241-000 | $8,866.84 | | $91,675.75 |
| | | | **SUBTOTALS** | | **$92,764.89** | **$1,089.14** | |

Case 19-06289-JJG-7A    Doc 149    Filed 10/20/22    EOD 10/20/22 15:20:15    Pg 6 of 8

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4

| | | |
|---|---|---|
| **Case No.** 19-06289 | **Trustee Name:** | Gregory K. Silver |
| **Case Name:** SECURE TRANSIT, LLC | **Bank Name:** | Independent Bank |
| **Primary Taxpayer ID #:** **-***1212 | **Checking Acct #:** | ******6289 |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** | Checking |
| **For Period Beginning:** 10/01/2021 | **Blanket bond (per case limit):** | $48,364,291.00 |
| **For Period Ending:** 09/30/2022 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/05/2021 | (13) | TCS Corp | Preference settlement | 1241-000 | $12,500.00 | | $104,175.75 |
| 08/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $148.06 | $104,027.69 |
| 09/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $151.70 | $103,875.99 |
| 10/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $151.48 | $103,724.51 |
| 11/27/2021 | (13) | America's Credit Union | Preference | 1241-000 | $19,720.00 | | $123,444.51 |
| 11/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $151.26 | $123,293.25 |
| 12/27/2021 | | Clerk U.S. Bankruptcy Court | Deferred filing fee 21-50067 Doc112 | 2700-000 | | $350.00 | $122,943.25 |
| 12/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $179.74 | $122,763.51 |
| 01/31/2022 | | Independent Bank | Account Analysis Charge | 2600-000 | | $179.02 | $122,584.49 |
| 02/28/2022 | | Independent Bank | Account Analysis Charge | 2600-000 | | $178.76 | $122,405.73 |
| 03/17/2022 | | Independent Bank | Transfer Funds | 9999-000 | | $122,405.73 | $0.00 |

**SUBTOTALS** $32,220.00 $123,895.75

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 5

| | |  | |
|---|---|---|---|
| Case No. | 19-06289 | Trustee Name: | Gregory K. Silver |
| Case Name: | SECURE TRANSIT, LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***1212 | Checking Acct #: | ******6289 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 10/01/2021 | Blanket bond (per case limit): | $48,364,291.00 |
| For Period Ending: | 09/30/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $124,984.89 | $124,984.89 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $122,405.73 | |
| | | | **Subtotal** | | $124,984.89 | $2,579.16 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $124,984.89 | $2,579.16 | |

**For the period of 10/01/2021 to 09/30/2022**

| | |
|---|---|
| Total Compensable Receipts: | $19,720.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $19,720.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,190.26 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,190.26 |
| Total Internal/Transfer Disbursements: | $122,405.73 |

**For the entire history of the account between 02/22/2020 to 9/30/2022**

| | |
|---|---|
| Total Compensable Receipts: | $124,984.89 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $124,984.89 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,579.16 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,579.16 |
| Total Internal/Transfer Disbursements: | $122,405.73 |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 6

| | | |
|---|---|---|
| Case No. | 19-06289 | |
| Case Name: | SECURE TRANSIT, LLC | |
| Primary Taxpayer ID #: | **-***1212 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 10/01/2021 | |
| For Period Ending: | 09/30/2022 | |

| | |
|---|---|
| Trustee Name: | Gregory K. Silver |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******6289 |
| Account Title: | Checking |
| Blanket bond (per case limit): | $48,364,291.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $124,984.89 | $51,956.42 | $73,028.47 |

For the period of 10/01/2021 to 09/30/2022

| | |
|---|---|
| Total Compensable Receipts: | $19,720.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $19,720.00 |
| Total Internal/Transfer Receipts: | $122,405.73 |
| | |
| Total Compensable Disbursements: | $50,567.52 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $50,567.52 |
| Total Internal/Transfer Disbursements: | $122,405.73 |

For the entire history of the account between 02/22/2020 to 9/30/2022

| | |
|---|---|
| Total Compensable Receipts: | $124,984.89 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $124,984.89 |
| Total Internal/Transfer Receipts: | $122,405.73 |
| | |
| Total Compensable Disbursements: | $51,956.42 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $51,956.42 |
| Total Internal/Transfer Disbursements: | $122,405.73 |

/s/ GREGORY K. SILVER

GREGORY K. SILVER